## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:05CR247** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **BURGANDY MONDAY ABBOUD,** | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the court on the motion of James R. Kozel to withdraw as counsel for the defendant, Burgandy Monday Abboud [34]. Since retained counsel, Alan G. Stoler, has entered an appearance for the defendant [35], the motion to withdraw [34] is granted. Mr. Kozel shall be deemed withdrawn as attorney of record and shall forthwith provide Mr. Stoler with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Kozel which are material to the defendant's defense.

    **IT IS SO ORDERED.**

    DATED this 19th day of December, 2005.

                                          BY THE COURT:

                                          s/ F.A. Gossett
                                          United States Magistrate Judge