SEALED

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

MAR 1 6 2006

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 8:05CR247 |
| Plaintiff, ) | |
| ) | ORDER FOR |
| vs. ) | TEMPORARY TRANSFER |
| ) | OF CUSTODY |
| BURGANDY MONDAY ABBOUD, ) | |
| Defendant. ) | |

IT IS ORDERED that the Motion Seeking Temporary Transfer of Custody (Filing # ____) be approved as requested.

IT IS FURTHER ORDERED that said Motion and this Order are sealed.

DATED this _16_ day of March, 2006.

_____
F. A. GOSSETT
United States Magistrate Judge

1 cert copy USM, USA